UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG L. WRIGHT, special
Fiduciary for A.S., as protected minor,

      Plaintiff,                              Case No. 13-15291

v.                                             Paul D. Borman
                                             United States District Judge

PNC FINANCIAL SERVICES          R. Steven Whalen
GROUP, INC. AND STACI              United States Magistrate Judge
SUTHERBY-HURD,

      Defendants.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 22) AND DENYING PLAINTIFF'S MOTION TO REMAND (ECF NO. 15)

     Before the Court is Magistrate Judge R. Steven Whalen's September 17, 2014 Report and Recommendation. (ECF No. 22). In the Report and Recommendation, Magistrate Judge Whalen suggests the Court deny Plaintiff's "Motion to Decline Supplemental Jurisdiction and to Remand to Genesee County Probate Court" (ECF No. 15) due to Plaintiff's attempt to manipulate the forum by selectively dismissing his claims against Metlife, Inc. and Howard T. Linden. (ECF No. 22, at 7-8). Neither Plaintiff nor the remaining Defendants have filed any objections to the Report and Recommendation.

     Accordingly, having reviewed that Report and Recommendation, and where there are no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No.

22) and DENIES Plaintiff's Motion to Decline Supplemental Jurisdiction to Remand to Genesee County Probate Court (ECF No. 15).

    IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 14, 2014.

                                          s/Deborah Tofil
                                          Case Manager